**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 05-02-1 |
| | ) | |
| v. | ) | |
| | ) | |
| **TIMOTHY MENTZER** | ) | |

**DEFENSE MOTION FOR CONTINUANCE OF SENTENCING**

AND NOW, comes your defendant, Timothy Mentzer by and through counsel, Robert D. Beyer, respectfully moves the Court as follows:

1. On July 28, 2005, your defendant entered his plea of guilty to Count 3 of the superseding information before the Honorable Petrese B. Tucker.

2. Sentencing is currently scheduled for November 1, 2005, at 9:30 a.m.

3. Defendant respectfully requests that the sentencing date be continued for six months in order to facilitate compliance with the terms of the plea agreement.

4. Trial Attorney from the United States Department of Justice, Clement McGovern has no objection to the continuance requested.

      WHEREFORE, the defendant respectfully requests that the sentencing be continued to a later date.

                              Respectfully submitted,

                              **GOLDBERG, KNISELY & BEYER**

Date: 10.13.05                      By: _____
                                    Robert D. Beyer, Esquire
                                    40 East Grant Street
                                    Lancaster, PA 17602
                                    Telephone No. (717) 393-2500
                                    Fax No. (717) 393-2747
                                    Attorney I.D. No. 37970

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 05-02-1 |
| | ) | |
| v. | ) | |
| | ) | |
| **TIMOTHY MENTZER** | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that I have on even date herewith served a copy of the within Defense Motion for Continuance of Sentencing on the following, and in the manner indicated below:

Service by electronic mail and regular United States mail, addressed as follows:

      Clement J. McGovern, Trial Attorney
      Computer Crime & Intellectual Property Section
      United States Department of Justice
      1301 New York Ave., Suite 600
      Washington, DC 20530

Date: 10.13.05                    By: _____
                                                   Robert D. Beyer, Esquire
                                                   40 East Grant Street
                                                   Lancaster, PA 17602
                                                   Telephone No. (717) 393-2500
                                                   Fax No. (717) 393-2747
                                                   Attorney I.D. No. 37970